UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81568-CIV-MARRA

L. LOUIS MRACHEK and
MRACHEK, FITZGERALD, ROSE
KONOPKA, THOMAS & WEISS, P.A.,

Appellants,

vs.

GARY P. ELIOPOULOS,

Appellee.
_____/

**ORDER**

This cause is before the Court upon Appellee's Motion to Clarify Opinion and Order (DE 29). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court clarifies its September 28, 2016 Order to state that bankruptcy court's orders that were the subject of this appeal are not reversed with respect to PAH Co. PAH Co. is not a party to this appeal and therefore the Court's decision has no effect on the orders as they relate to PAH Co. The Court's order only reversed the bankruptcy court's sanctions orders as they relate to Appellants.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Appellee's Motion to

Clarify Opinion and Order (DE 29) is **GRANTED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of October, 2016.

_____
KENNETH A. MARRA
United States District Judge